NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**THERESE MILLER GULOY,**

*Plaintiff-Appellant*

**v.**

**UNITED STATES,**

*Defendant-Appellee*

---

2026-1286

---

Appeal from the United States Court of Federal Claims in No. 1:25-cv-01668-EMR, Judge Eleni M. Roumel.

---

PER CURIAM.

## O R D E R

Having considered Therese Miller Guloy's opening brief and appendix, the court summarily affirms.

Ms. Guloy filed this suit at the United States Court of Federal Claims seeking damages for the alleged violation of her parental and constitutional rights arising out of a child custody matter. The Court of Federal Claims dismissed for lack of jurisdiction. We conclude that determination was "so clearly correct as a matter of law" that summary disposition is appropriate here. *Joshua v. United States*, 17 F.3d 378, 380 (Fed. Cir. 1994).

Ms. Guloy's allegations of wrongdoing are clearly aimed at private individuals and state entities and officials, including the judge that oversaw the child custody dispute. The Court of Federal Claims has limited jurisdiction that, under 28 U.S.C. § 1491, extends only to damages claims against the United States. *See United States v. Sherwood*, 312 U.S. 584, 588 (1941). Ms. Guloy's claims here clearly fall outside of the court's jurisdiction.

Accordingly,

IT IS ORDERED THAT:

(1) The judgment of the United States Court of Federal Claims is summarily affirmed.

(2) Each side shall bear its own costs.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

April 22, 2026
   Date